Irma Jackson, Individually and as Administratrix of the Estate of Ross Jackson, Deceased, et al., Respondents, *v.* Lillie M. Hardy, Appellant.

Argued April 16, 1953; decided May 28, 1953.

*Samuel Lerner* for appellant.

*Myron Sulzberger, Jr.*, and *Seymour S. Epstein* for respondents.

Judgment of the Appellate Division modified by reversing so much thereof as sets aside the conveyances of parcels " A ", " C " and " D ", and judgment of Special Term affirmed upon the ground that the weight of the evidence sustains the findings of the Special Term as to said parcels. Otherwise, judgment affirmed, without costs. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.